# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

February 25, 2021

The Honorable Cathy Seibel
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York   10601

*Sentencing adjourned to 4/6/21 at 2:30 pm.*

SO ORDERED.

Re:   United States v. Charles Hustis
        20 Cr. 331

*[signature]*
CATHY SEIBEL, U.S.D.J.                    2/26/21

Dear Judge Seibel:

I am writing to ask for a short postponement of Mr. Hustis' sentencing, which is currently scheduled for March 18, 2021 at 3:30pm.   This adjournment is necessary to allow me sufficient time to review the final pre-sentence report <u>prior</u> to submitting my sentencing memorandum.   Under the current schedule, my sentencing submission is due on March 4, 2021, but based on my communications with Probation Officer Sandra Vélez-García, the final pre-sentence report will not be completed until March 5, 2021.   Because of this, I ask that Your Honor postpone Mr. Hustis' sentencing so that I may have sufficient time to review the report, discuss its findings with Mr. Hustis and, if necessary, consult with my own expert regarding the contents of the report.

I have spoken to AUSA Nicholas Bradley and he does not object to a short adjournment.   I have been in touch with Your Honor's courtroom deputy and I was told that April 6, 2021 at 2:30pm is available.   Both AUSA Bradley and myself are available on April 6, 2021 at 2:30pm.

Thank you very much for your consideration.

Sincerely,

/s

Benjamin Gold

cc:  AUSA Nicholas Bradley